## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RONALD ANTHONY ANTONIELLO**                                      **PETITIONER**
**ADC #165855**

**v.**                                  **Case No. 5:19-cv-00003-KGB-JTK**

**WENDY KELLEY, Director of**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Ronald Anthony Antoniello's petition for writ of habeas corpus is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 27th day of January 2020.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge